# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

---

United States of America

    v.

Tung Yeung Lam,

        Defendant.

07 MAG 735

**APPEARANCE**

---

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for defendant Tung Yeung Lam.

    I certify that I am admitted to practice in this court.

Date: May 17, 2007.

                                 s/_____
                                 Eric M. Sears (6781)
                                 61 Broadway, Suite 1601
                                 New York, NY  10006

                                 Tel. 212-252-8560
                                 Fax 212-267-3024
                                 Cell: 917-929-2096
                                 Email: emsearsesq@aol.com